[No. 48978-0-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES McINTOSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01938-1, Douglas D. McBroom, J., entered July 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49032-0-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL SLATTERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02338-8, Thomas J. Wynne, J., entered July 11, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49187-3-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL E. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03469-4, Deborah D. Fleck, J., entered August 22, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49206-3-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN JOSEPH MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02554-2, Jay V. White, J., entered September 7, 2001. *Affirmed* by unpublished per curiam opinion.